JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE REVELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FERRING PHARMACEUTICALS INC.,<br>and DOES 1 – 20, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 2:19-cv-08340 SVW (PJWx)**<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed:　August 26, 2019<br>Action Removed:　September 26, 2019<br>Trial:　　　　　　None |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, filed on November 7, 2019, the Court hereby orders that the above-captioned action be dismissed with prejudice in its entirety, with each party bearing her/its own costs and attorneys' fees.

　　　　SO ORDERED:

DATED: November 8, 2019

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge